UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHN GREGORY THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>PFEIFFER, et al.,<br><br>Defendants. | No.  1:20-cv-01619-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Rahn Gregory Thompson is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this case proceed only on plaintiff's use of excessive force claims brought against defendants Dozer and Nava and that all other claims and defendants be dismissed due to plaintiff's failure to state cognizable claims. (Doc. No. 13.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.*)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 20, 2022 (Doc. No. 13) are adopted;
2. This action now proceeds only on plaintiff's use of excessive force in violation of the Eighth Amendment claims brought against defendants Dozer and Nava[1];
3. All other claims and defendants are dismissed; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **May 27, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] Although defendants Dozer and Nava are explicitly listed in plaintiff's complaint as well as in the assigned magistrate judge's screening order (Doc. Nos. 1, 10), neither appears on the current docket. The Clerk of the Court is therefore directed to add defendants Correctional Officer Dozer and Correctional Officer Nava to the docket in light of this order.