UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHN GREGORY THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>Defendants. | No.  1:20-cv-01619 ADA GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RETURN OF ALL EXHIBITS<br><br>(ECF No. 35) |

Plaintiff has filed a motion requesting that the court return all exhibits that he mailed to the court in October of 2020.  ECF No. 35 at 2.  For the reasons stated below, the motion will be denied.

First, a review of the record indicates that Plaintiff's complaint was filed in this matter on October 21, 2020.[1]  ECF No. 1 at 14.  It was then docketed on November 16, 2020.  No exhibits were attached to the complaint.  See generally ECF No. 1.

Next, even if Plaintiff is mistaken with respect to the date any exhibits were filed, none of the documents Plaintiff filed in 2020 have exhibits attached to them.  See ECF Nos. 1, 2, 4

---

[1] The signing date of a pleading is the earliest possible filing date pursuant to the mailbox rule. See Roberts v. Marshall, 627 F.3d 768, 769 n.1 (9th Cir. 2010) (stating constructive filing date for prisoner giving pleading to prison authorities is date pleading is signed); Jenkins v. Johnson, 330 F.3d 1146, 1149 n.2 (9th Cir. 2003), overruled on other grounds by Pace v. DiGuglielmo, 544 U.S. 408 (2005).

(complaint; in forma pauperis application; prisoner trust fund account statement, respectively). In any event, there is a charge of $0.50 per page for copies of documents. Copies of documents up to twenty-five pages may be requested from the Clerk of Court in writing and with prepayment of copy fees. See 28 U.S.C. § 1914(b). Therefore, should Plaintiff eventually correctly identify which documents on the docket he would like photocopied, he should send his request along with the correct payment as directed herein.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Return of All Exhibits (ECF No. 35) is DENIED.

IT IS SO ORDERED.

Dated:   **October 11, 2023**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

2