UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHN GREGORY THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.<br><br>　　　　Defendants. | No.  1:20-cv-01619 NODJ GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 41)<br><br>DISPOSITIVE MOTIONS DUE **JANUARY 23, 2024** |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Defendants have filed a motion to modify the discovery and scheduling order.  ECF No. 41.  This is Defendants' second request to do so.  See ECF Nos. 38, 39 (Defendants' first extension request; Court's grant of same).  In the motion, Defendants ask that the Court extend the due date for dispositive motions to January 23, 2024.  ECF No. 41 at 1, 3-4; 41-1 at 1-3.

　　　　In support of the request, counsel for Defendants states, amongst other things, that problems with Plaintiff being able to adequately respond to their discovery requests, a knee surgery Plaintiff had which warranted the request of additional medical records from Plaintiff's institution; problems with witness scheduling as well as technical and operational issues at Kern

1

Valley State Prison make a grant of the request necessary. ECF No. 41-1 at 2. Counsel further states that the extension of time will enable him to finish the dispositive motion and collect several additional declarations in support of it. Id. at 203.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Defendants' second motion to modify the discovery and scheduling order to extend the due date of dispositive motions (ECF No. 41 et seq.) is GRANTED, and

  2. Dispositive motions in this case shall be filed by **January 23, 2024**.

IT IS SO ORDERED.

  Dated: **January 13, 2024**      /s/ **Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE

2