IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAHN GREGORY THOMPSON,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**PFEIFFER, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:20-cv-01619 KES GSA (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |

　　GOOD CAUSE APPEARING, Defendants' request to seal documents according to Local Rule 141 is GRANTED.  The Court directs the Clerk of Court to seal the documents identified in Defendants' request (ECF No. 53) as ordered by the Court on November 14, 2024 (ECF No. 52).

IT IS SO ORDERED.

　　Dated:　**November 25, 2024**　　　　　　　　／s／ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE