|     |     |     |     |     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1   |     |     |     |     |     |     |     |     |     |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHN GREGORY THOMPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>C. PFEIFFER, et al.,<br><br>  Defendants. | No. 1:20-cv-01619 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE CERTAIN PAST (AND ALL FUTURE) ORDERS TO PLAINTIFF'S NEXT OF KIN AT ADDRESS FILED UNDER SEAL<br><br>See ECF No. 56<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE PLAINTIFF'S NEXT OF KIN WITH COPY OF DOCKET |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Since the filing of this action, he has passed away. See ECF No. 51 (notice of suggestion of death). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is currently at the dispositive motion phase of the proceedings.

On November 15, 2024, shortly after the notice of suggestion of Plaintiff's death was filed, the Court ordered Defendants to file the address of Plaintiff's next of kin under seal and then serve certain documents from these proceedings on that person. ECF No. 52. Defendants have complied with the Court's order (ECF Nos. 53-54), and the Court has granted their request to file the address of Plaintiff's next of kin under seal (ECF No. 55).

1

1    The Court takes note of the fact that the last two orders that were issued by it appear to have been sent to the prison where Plaintiff was last housed. See 12/2/24 and 12/10/24 docket entries. Therefore, the Clerk of Court will be directed to re-serve those orders and all documents identified in them on Plaintiff's next of kin at the address that has been filed under seal. See ECF No. 56 (sealed event). The Clerk of Court will be further directed to serve any and all future orders issued in this case on Plaintiff's next of kin at the address that has been filed under seal. Finally, the Clerk of Court shall also serve Plaintiff's next of kin with a copy of the docket in this matter.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. RE-SERVE the orders that were returned to the Court on December 2, 2024, and December 10, 2024, and all documents identified in those orders on Plaintiff's next of kin at the address that has been filed under seal. See ECF No. 56;

2. SERVE any and all future orders issued in this case on Plaintiff's next of kin at the address that has been filed under seal, and

3. SERVE a copy of the docket on Plaintiff's next of kin at the address that has been filed under seal.

IT IS SO ORDERED.

Dated:   **December 11, 2024**                    /s/ Gary S. Austin
                                                 UNITED STATES MAGISTRATE JUDGE