1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAHN GREGORY THOMPSON,                  No.  1:20-cv-01619 KES GSA (PC)

12                 Plaintiff,                 ORDER DIRECTING CLERK OF COURT TO
                                              SEND FINDINGS AND
13         v.                                 RECOMMENDATIONS TO PLAINTIFF'S
                                              NEXT OF KIN CONSISTENT WITH
14    C. PFEIFFER, et al.,                    PREVIOUS COURT ORDER

15                 Defendants.                (See ECF Nos. 57, 59)

16                                            PLAINTIFF'S NEXT OF KIN'S
                                              OBJECTIONS TO FINDINGS AND
17                                            RECOMMENDATIONS, IF ANY, DUE IN
                                              TWENTY-ONE DAYS
18

19

20          Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, filed this civil

21    rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff passed away after the filing of this

22    matter.  See ECF No. 51.  As a result, in order to determine whether Plaintiff's next of kin desired

23    to substitute into this case in Plaintiff's stead, the Clerk of Court was directed to serve all filings

24    in this case on the identified next of kin.  See ECF No. 57 at 2.

25          On March 4, 2025, the Court issued findings and recommendations which recommended

26    the summary dismissal of this case.  ECF No. 59.  Based on the NEF on the docket, the order was

27    sent to Mule Creek State Prison where Plaintiff was incarcerated at the time of his death.  Id.  As

28    a result, on March 20, 2025, the findings and recommendations order was returned to the Court

                                              1

marked "Undeliverable, Return to Sender, Unable to Forward, Inmate Discharged on 6/19/24 (Died)."

Based on these facts, the Court will direct the Clerk of Court to send this order, as well as the findings and recommendations issued March 4, 2025, to Plaintiff's next of kin at the address on file under seal as it previously directed the Clerk of Court to do (see ECF Nos. 56, 57) (SEALED EVENT with next of kin's address; order directing all orders to be served on Plaintiff's next of kin, respectively).  Thereafter, Plaintiff's next of kin shall have twenty-one days from the date of this order to file objections to the findings and recommendations issued March 4, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of Court shall SERVE:

a.  A copy of this order, and

b.  A copy of the findings and recommendations issued March 4, 2025 (ECF No. 59) on Plaintiff's NEXT OF KIN at the address filed under seal on the docket.  See ECF No. 56 (SEALED EVENT), and

2.  Within twenty-one days from the date of this order, Plaintiff's next of kin shall file objections to the findings and recommendations order (ECF No. 59), if any.

**Plaintiff's next of kin is informed that failure to file a response to the findings and recommendations order, will likely result in the closure of this case.**

IT IS SO ORDERED.

Dated:   __**March 21, 2025**__            _____**/s/ Gary S. Austin**_____
                                                                UNITED STATES MAGISTRATE JUDGE